IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ANA VIDOTTE,** *Individually,*
*and on behalf of herself and*
*others similarly situated,*

　Plaintiff,

　　　　　　v.                                                   No. _____

**FITNESS VENTURES, LLC, FITNESS**
**VENTURES – WHITE STATION, LLC**
and **FITNESS VNETURES - CORDOVA,**
**LLC**

                                                                **FLSA Multi-Plaintiff Action**

**JURY DEMANDED**
Defendants.

---

### CONSENT TO JOIN AS NAMED REPRESENTATIVE

---

1. I have worked for Defendants as a commissioned personal trainer within the past three years.

2. I hereby consent to join this or any subsequent action (including arbitration actions) against the Defendants as a Named Representative Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq*., including the non-payment of minimum wages as specified in the multi-plaintiff action complaint.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf as an above-named representative Plaintiff.

4. I agree to be represented by the law firm of Jackson, Shields, Holt, Owen and Bryant and Attorneys Gordon E. Jackson and J. Russ Bryant, as well as any other attorneys with whom they may associate.

| _____ | _11/12/2025_ | _Ana Vidotte_ |
| Signature | Date | Full Legal Name |